**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JAMES CALVIN TEMS | CIVIL ACTION NO. 24-0975-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ERICA JEFFERSON | MAGISTRTE JUDGE MCCLUSKY |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff James Calvin Tems's claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue habeas corpus relief after he exhausts all available state court remedies.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 19th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE